**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 23, 2005

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DANIEL A. MANION, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee*, | | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| **No**.    04-3647 | **v.** | |
| MICHAEL FADEYI,<br>    *Defendant-Appellant*. | | No. 00 CR 153<br>Matthew F. Kennelly, *Judge*. |

**Order**

On a limited remand under *Paladino* the district judge stated that additional discretion under *Booker* would have affected the sentence. The United States has elected not to respond to this conclusion. Accordingly, the judgment of the district court is vacated, and the case is remanded for further proceedings consistent with *Booker* and *Paladino*.